UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| AARON STINNET, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | 2:21-07479 CJC (ADSx) |
| CITY OF SAN LUIS OBISPO, et al., DEFENDANT(S) | ORDER RE REQUEST TO PROCEED IN FORMA PAUPERIS |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

September 24, 2021                         /s/ Autumn D. Spaeth
Date                                       United States Magistrate Judge

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

☐ Inadequate showing of indigency            ☐ District Court lacks jurisdiction
☐ Legally and/or factually patently frivolous ☐ Immunity as to _____
☐ Other: _____

Comments:
Please see attachment.

_____                              _____
Date                                        United States Magistrate Judge

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

☐ GRANTED
☐ DENIED (see comments above). IT IS FURTHER ORDERED that:
  ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  ☐ This case is hereby DISMISSED immediately.
  ☐ This case is hereby REMANDED to state court.

_____                              _____
Date                                        United States District Judge

CV-73 (08/16)                ORDER RE REQUEST TO PROCEED *IN FORMA PAUPERIS*