**JS-6**

|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Pam Langley, Edward Marquez, Christina Malmen, | Case No.: 2:21-cv-07479 CJC (ADSx) |
|---|---|
| Plaintiffs | **ORDER RE STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION** |
| v. |  |
| City of San Luis Obispo, DOES 1 to 10 |  |
| Defendants |  |

**ORDER OF DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE THE SETTLEMENT AGREEMENT**

The Court, having reviewed the attached Request, and being familiar with the record in this case, dismisses the matter with prejudice against Defendant City of San Luis Obispo, and retains jurisdiction over this case to enforce the Settlement Agreement, attached hereto as Exhibit 1, for such further orders, hearings and other proceedings as may be appropriate to enforce the terms of the Agreement pursuant to Fed. R. Civ. Proc. 41(a)(2).

Good cause appearing, IT IS SO ORDERED.

Dated: December 26, 2023

_____
Hon. Cormac J. Carney
United States District Judge