1  Sasha G. Aguilar (SBN 325131)
   Email: saguilar@crla.org
2  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   1880 Santa Barbara Ave. Suite. 240
3  San Luis Obispo, CA, 93401
   Telephone: (805) 544-7994
4  Facsimile: (805) 544-3904

5  [*Additional Counsel Listed on following page*]

6  Attorneys for Plaintiffs

7
                   UNITED STATES DISTRICT COURT
8
                   CENTRAL DISTRICT OF CALIFORNIA
9

10 | Pam Langley, Edward Marquez,      | Case No.: 2:21-cv-07479 CJC
   | Christina Malmen,                 |
11 |                    Plaintiffs     | **NOTICE OF PAYMENT OF**
   |                                   | **TRANSCRIPT COSTS FROM THE**
12 |              v.                   | **TRANSCRIPT REIMBURSEMENT**
   |                                   | **FUND**
13 | City of San Luis Obispo,          |
   | DOES 1 to 10                      |
14 |                    Defendants     |

15

16

17

18

19

20

NOTICE OF PAYMENT OF TRANSCRIPT COSTS FROM THE TRANSCRIPT REIMBURSEMENT
FUND
CASE NO.: 2:21-CV-07479 CJC
-1-

1  Lauren Hansen (SBN 268417)
   lhansen@pilpca.org
2  Palmer Buchholz (SBN 307020)
   pbuchholz@pilpca.org
3  Michael Rawson (SBN 95868)
   mrawson@pilpca.org
4  PUBLIC INTEREST LAW PROJECT
   449 15th Street, Suite 301
5  Oakland, CA 94612
   Telephone: (510) 891-9794
6  Facsimile: (510) 927-2977

7  Babak Naficy (SBN 177709)
   Email: babaknaficy@sbcglobal.net
8  LAW OFFICES OF BABAK NAFICY
   1124 Nipomo St, Ste C
9  San Luis Obispo, CA 93401-3883
   Telephone: (805) 593-0926
10 Facsimile: (805) 593-0946

11 Ilene Jacobs (SBN 126812)
   Email: ijacobs@crla.org
12 CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   511 "D" St.
13 Marysville, CA 95901
   Telephone: (530) 742-5191
14 Facsimile: (530) 742-0421

15

16

17

18

19

20

NOTICE OF PAYMENT OF TRANSCRIPT COSTS FROM THE TRANSCRIPT REIMBURSEMENT FUND
CASE NO.: 2:21-CV-07479 CJC
-2-

Notice is hereby given, pursuant to California Business & Professions Code B&P 8030.6(a)(6) that the application for payment from the Transcript Reimbursement Fund of the Court Reporters Board of California, have been approved as follows: Merit Litigation Services, Invoice No. 1553290 in the amount of $767.35; McDaniel Reporting, Invoice No. 123637 in the amount of $ 59.50, Invoice No. 124965 in the amount of $856.10, and Invoice No.125047 in the amount of $702.60. This sum must be refunded by California Rural Legal Assistance to the Board from any award of cost by court order or settlement.

Dated this 9th of April, 2024.

*Sasha Aguilar*
_____
Sasha Aguilar
CRLA